[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10246
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 25, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-61130-CV-FAM

JAY S. SPECHLER,

                                                          Plaintiff-Appellant,

                              versus

VICTOR TOBIN,

                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 25, 2009)

Before WILSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Jay S. Spechler appeals the dismissal of his five-count civil rights damages complaint, filed under 42 U.S.C. § 1983, against Chief Judge Victor Tobin of Broward County alleging violations of various liberty and property interests without due process of law, as well as other state law claims. These claims arose out of former county judge Spechler's reassignment by the Chief Judge to a different judicial post, and Spechler's resignation one day later, alleging that he had been "banished" to a satellite court office with a nonexistent docket.

The district court reviewed Spechler's claims and determined that defendant is protected by qualified immunity because no violation of a clearly established constitutional right occurred, plaintiff does not have standing to pursue his claims, sovereign immunity protects defendant from the state law claims, and, in any event, they have no merit.

We have reviewed the pleadings, the record, and the district court's order dismissing this case. Finding no error, we shall

AFFIRM.